**P O R T E R  |  S C O T T**

A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: shoran@porterscott.com
mgross@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 552-4070
FAX: (530) 538-6891
EMAIL: balpert@buttecounty.net
bstephens@buttecounty.net

Attorneys for Defendant
COUNTY OF BUTTE
*Exempt from Filing Fees Pursuant to Government Code § 6103*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE BRYAN, AS GUARDIAN AD LITEM FOR K.R., a minor, MEAGAN RAMSEY,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF BUTTE and DOES 1-10,<br><br>        Defendant.<br><br>_____ / | **Case No.: 2:20-cv-01339-JAM-DMC**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF BUTTE AND ORDER**<br><br><br><br><br><br>Complaint Filed: 11/18/19 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff CHRISTINE BRYAN, AS GUARDIAN AD LITEM FOR K.R., a minor, MEAGAN RAMEY ("RAMSEY" as reflected in the complaint) and Defendant COUNTY OF BUTTE and DOES 1-10, that this action be dismissed in its

{02549907.DOCX}

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF BUTTE AND ORDER**

entirety with prejudice pursuant to Fed. R. Civ. P. 41(a) and the unopposed Petition for Approval of Minor's Compromise and Minute Order dated October 27, 2021, granting the petition.

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  November 12, 2021        PORTER SCOTT
           A PROFESSIONAL CORPORATION

           By */S/Stephen E. Horan*
                Stephen E. Horan
                Matthew W. Gross
                Attorneys for Defendant
                COUNTY OF BUTTE

Dated: November 15, 2021        LAW OFFICE OF MICHAEL J. TREZZA

           By */S/ Michal J. Trezza*   (authorized 11/15/21 )
                Michael J. Trezza
                Attorney for Plaintiff

Dated: November 15, 2021

           By */S/ Roberto Marquez*   (authorized 11/15/21  )
                Roberto Marquez, Esq.
                Attorney for Plaintiff

///
///
///
///
///
///
///

1
2

**ORDER**

3          Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY

4    ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear their own

5    fees and costs, including all attorneys' fees.

6
7
8    Dated:  November 16, 2021                    /s/ John A. Mendez

9                                                 THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{02549907.DOCX}

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF BUTTE AND ORDER**